# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 28, 2016

### NO. 03-14-00697-CV

**Pamela Mehl, Appellant**

**v.**

**David Stern, Appellee**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN AND BOURLAND
AFFIRMED IN PART; REVERSED AND VACATED IN PART;
REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on July 29, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. The Court affirms the portion of the trial court's default judgment as to its liability findings against appellant Pamela Mehl. We reverse the portion of the judgment as to the awarded remedies and vacate the appointment of the receiver. We remand the case to the trial court for further proceedings consistent with this opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.